**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

It appearing that the Honorable John Z. Lee having been confirmed for a seat on the Court of Appeals for the Seventh Circuit; therefore

It is hereby ordered that the Clerk is to reassign MDL 2492 (16 CV 8727, *National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation – Single Sport/Single School (Football))*; that includes the cases listed below to the Honorable Manish S. Shah and the designated Magistrate Judge M. David Weisman.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE:**

_Rebecca R. Pallmeyer_

Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 13th day of September, 2022

1

| 1:16-cv-05270 | Samuels v. The Pennsylvania State University |
| 1:16-cv-05986 | Griffin v. Big Ten Conference |
| 1:16-cv-05988 | Strinko v. Big Ten Conference |
| 1:16-cv-07320 | Hermann v. Southeastern Conference |
| 1:16-cv-07321 | Cook v. Pac-12 Conference |
| 1:16-cv-07322 | Walthour v. Vanderbilt University |
| 1:16-cv-09727 | Walker v. THE MID-AMERICA INTERCOLLEGIATE ATHLETICS ASSOCIAT |
| 1:16-cv-09970 | Hawkins v. Pac-12 Conference |
| 1:16-cv-09971 | Davison v. Southeastern Conference |
| 1:16-cv-09973 | Gallon v. Atlantic Coast Conference |
| 1:16-cv-09974 | Ford v. Southeastern Conference |
| 1:16-cv-09977 | Harrison v. Ohio Valley Conference |
| 1:16-cv-09978 | Hill v. University of Miami |
| 1:16-cv-09979 | Johnson v. Conference USA |
| 1:16-cv-09980 | Richardson v. Southeastern Conference |
| 1:16-cv-09981 | Washington v. Big 12 Conference |
| 1:16-cv-09982 | Williams v. National Collegiate Athletic Association (NCAA) |
| 1:16-cv-09983 | Towe v. Mid-American Conference |
| 1:16-cv-09984 | Harley v. American Athletic Conference |
| 1:16-cv-09985 | Reddick v. Mid-East Athletic Conference |
| 1:16-cv-09986 | Donner v. Mid-American Conference |
| 1:16-cv-09987 | Bonds v. Southeastern Conference |
| 1:16-cv-09988 | Clayton v. Syracuse University |
| 1:16-cv-09989 | Gray v. University of Notre Dame Du Lac |
| 1:16-cv-09990 | Dudley v. Atlantic Coast Conference |
| 1:16-cv-09991 | Collins v. American Athletic Conference |
| 1:16-cv-09992 | Bozeman v. Southeastern Conference |
| 1:16-cv-09993 | Harvey v. Southeastern Conference |
| 1:16-cv-09994 | Pettus v. University of Richmond |
| 1:16-cv-09995 | Sullivan v. PAC-12 Conference |
| 1:16-cv-10000 | Tolbert v. Sun Belt Conference |
| 1:16-cv-10001 | Wysocki v. Atlantic Coast Conference |
| 1:16-cv-10002 | Odom v. National Collegiate Athletic Association (NCAA) |
| 1:16-cv-10003 | Mason v. Conference USA et al |
| 1:16-cv-10004 | Shaffer v. Capital University Board of Trustees |
| 1:16-cv-10005 | Courtney v. The National Collegiate Athletic Association |
| 1:16-cv-10965 | Mason v. National Collegiate Athletic Association |
| 1:17-cv-00391 | Whittier v. National Collegiate Athletic Association |
| 1:17-cv-01402 | Rose v. National Collegiate Athletic Association |
| 1:17-cv-01784 | Witukiewicz v. National Collegiate Athletic Association |
| 1:17-cv-02129 | Arrington v. National Collegiate Athletic Association |
| 1:17-cv-02131 | Nichols v. National Collegiate Athletic Association |
| 1:17-cv-03947 | Roberts v. The National Collegiate Athletic Association et al |
| 1:17-cv-03949 | Walker v. The National Collegiate Athletic Association |
| 1:17-cv-03950 | Cherry v. The National Collegiate Athletic Association |
| 1:17-cv-03952 | Carver v. The National Collegiate Athletic Association et al |
| 1:17-cv-03953 | Hudson v. National Collegiate Athletic Association |
| 1:17-cv-03954 | Thomas v. The National Collegiate Athletic Association |
| 1:17-cv-03955 | Brandon v. The National Collegiate Athletic Association et al |
| 1:17-cv-03956 | Roman v. The National Collegiate Athletic Association et al |
| 1:17-cv-03957 | Vlaun v. The National Collegiate Athletic Association |
| 1:17-cv-03958 | Potter v. National Collegiate Athletic Association et al |
| 1:17-cv-03959 | Riley v. The National Collegiate Athletic Association |
| 1:17-cv-03960 | Williams v. The National Collegiate Athletic Association et al |
| 1:17-cv-03961 | Kearney v. The National Collegiate Athletic Association et al |

| | |
|---|---|
| 1:17-cv-03962 | Cornist v. The National Collegiate Athletic Association |
| 1:17-cv-03963 | Echols v. The National Collegiate Athletic Association |
| 1:17-cv-03967 | Jack v. National Collegiate Athletic Association et al |
| 1:17-cv-03968 | Wodka v. The National Collegiate Athletic Association et al |
| 1:17-cv-03969 | East v. The National Collegiate Athletic Association et al |
| 1:17-cv-03971 | Adams v. National Collegiate Athletic Association et al |
| 1:17-cv-03972 | Smith v. The National Collegiate Athletic Association et al |
| 1:17-cv-03973 | Williams v. The National Collegiate Athletic Association |
| 1:17-cv-03974 | Brownlee v. The National Collegiate Athletic Association et al |
| 1:17-cv-03975 | Johnson v. The National Collegiate Athletic Association |
| 1:17-cv-03977 | Love v. The National Collegiate Athletic Association et al |
| 1:17-cv-03978 | Ware v. The National Collegiate Athletic Association |
| 1:17-cv-03979 | Tiller v. The National Collegiate Athletic Association et al |
| 1:17-cv-03980 | Lewis, III v. The National Collegiate Athletic Association et al |
| 1:17-cv-04338 | Nelson v. The Big Ten Conference, Inc. |
| 1:17-cv-04650 | Meeks v. The National Collegiate Athletic Association et al |
| 1:17-cv-04651 | Patrick v. The National Collegiate Athletic Association et al |
| 1:17-cv-04652 | Camperlino v. The National Collegiate Athletic Association et al |
| 1:17-cv-04653 | Logan v. The National Collegiate Athletic Association et al |
| 1:17-cv-04654 | Walker v. The National Collegiate Athletic Association et al |
| 1:17-cv-04655 | Foreman v. The National Collegiate Athletic Association et al |
| 1:17-cv-04656 | Ali v. The National Collegiate Athletic Association et al |
| 1:17-cv-04657 | Evans v. The National Collegiate Athletic Association et al |
| 1:17-cv-04658 | White v. The National Collegiate Athletic Association et al |
| 1:17-cv-04659 | Dantz v. The National Collegiate Athletic Association et al |
| 1:17-cv-04660 | Watkins v. The National Collegiate Athletic Association et al |
| 1:17-cv-04974 | Dawkins v. Gardner-Webb University |
| 1:17-cv-04975 | Weston v. Big Sky Conference, Inc. |
| 1:17-cv-04976 | Hewitt v. National Collegiate Athletic Association |
| 1:17-cv-04977 | Buford v. Big West Conference |
| 1:17-cv-04978 | Langston v. Mid-America Intercollegiate Athletics Association |
| 1:17-cv-04979 | Gobert v. The University of Tulsa |
| 1:17-cv-07544 | Earl v. The National Collegiate Athletic Association |
| 1:17-cv-07546 | JONES v. THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 1:17-cv-07547 | Foreman v. The National Collegiate Athletic Association |
| 1:17-cv-07548 | Johnson v. The National Collegiate Athletic Association |
| 1:17-cv-07549 | Parker v. The National Collegiate Athletic Association |
| 1:17-cv-07550 | Kirby v. The National Collegiate Athletic Association |
| 1:17-cv-07551 | Paras v. The National Collegiate Athletic Association |
| 1:17-cv-07552 | Johnson v. The National Collegiate Athletic Association |
| 1:17-cv-07554 | Calleja v. The National Collegiate Athletic Association |
| 1:17-cv-07555 | Gillis v. The National Collegiate Athletic Association |
| 1:17-cv-07556 | Brown v. The National Collegiate Athletic Association |
| 1:17-cv-07558 | Lewis v. The National Collegiate Athletic Association |
| 1:17-cv-07559 | Griffin v. The National Collegiate Athletic Association |
| 1:18-cv-00063 | Lamountain v. Atlantic Coast Conference |
| 1:19-cv-00013 | Staggs v. National Collegiate Athletic Association |
| 1:19-cv-00426 | Andrews v. National Collegiate Athletic Association |
| 1:19-cv-00432 | BARGMAN v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 1:19-cv-00433 | Bryant v. National Collegiate Athletic Association |
| 1:19-cv-00435 | Dobson v. National Collegiate Athletic Association |
| 1:19-cv-00436 | Easley v. National Collegiate Athletic Association |
| 1:19-cv-00437 | Flowers v. National Collegiate Athletic Association et al |
| 1:19-cv-00438 | Foote v. National Collegiate Athletic Association et al |
| 1:19-cv-00439 | Green v. National Collegiate Athletic Association et al |

| 1:19-cv-00441 | Hendricks v. National Collegiate Athletic Association |
| 1:19-cv-00442 | Hoffman v. National Collegiate Athletic Association |
| 1:19-cv-00443 | Hopson v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 1:19-cv-00444 | JOHNSON v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 1:19-cv-00445 | Jones v. National Collegiate Athletic Association |
| 1:19-cv-00446 | Lackey v. National Collegiate Athletic Association |
| 1:19-cv-00447 | McKinnie v. National Collegiate Athletic Association et al |
| 1:19-cv-00450 | Patterson v. National Collegiate Athletic Association et al |
| 1:19-cv-00451 | Wilkins v. National Collegiate Athletic Association et al |
| 1:19-cv-00452 | Williams v. National Collegiate Athletic Association |
| 1:19-cv-00482 | Moorehead v. National Collegiate Athletic Association |
| 1:19-cv-00944 | Mack v. National Collegiate Athletic Association |
| 1:19-cv-00945 | Green v. National Collegiate Athletic Association |
| 1:19-cv-00946 | McCann v. National Collegiate Athletic Association |
| 1:19-cv-00947 | Allen v. National Collegiate Athletic Association |
| 1:19-cv-00949 | Crow v. National Collegiate Athletic Association |
| 1:19-cv-00950 | Conway v. National Collegiate Athletic Association |
| 1:19-cv-00951 | Williams v. National Collegiate Athletic Association |
| 1:19-cv-00952 | Thompson v. National Collegiate Athletic Association |
| 1:19-cv-00953 | Hillie v. National Collegiate Athletic Association |
| 1:19-cv-00954 | Lacy v. National Collegiate Athletic Association |
| 1:19-cv-00955 | Thomas v. National Collegiate Athletic Association |
| 1:19-cv-00956 | Houghton v. National Collegiate Athletic Association |
| 1:19-cv-00957 | Stinyard v. National Collegiate Athletic Association |
| 1:19-cv-00958 | Cooke v. National Collegiate Athletic Association |
| 1:19-cv-00960 | Willis v. National Collegiate Athletic Association |
| 1:19-cv-00961 | Kershaw v. National Collegiate Athletic Association |
| 1:19-cv-00962 | Kuehne v. National Collegiate Athletic Association |
| 1:19-cv-00963 | Dziuk v. National Collegiate Athletic Association |
| 1:19-cv-00964 | Nowell v. National Collegiate Athletic Association |
| 1:19-cv-00965 | Shamsid-Deen v. National Collegiate Athletic Association |
| 1:19-cv-00966 | Samuel v. National Collegiate Athletic Association |
| 1:19-cv-00967 | Keo v. National Collegiate Athletic Association |
| 1:19-cv-00969 | Walls v. National Collegiate Athletic Association |
| 1:19-cv-00970 | Wilson v. National Collegiate Athletic Association |
| 1:19-cv-00971 | Bartos v. National Collegiate Athletic Association |
| 1:19-cv-00972 | Kaaekuahiwi v. National Collegiate Athletic Association |
| 1:19-cv-00973 | Thornton v. National Collegiate Athletic Association |
| 1:19-cv-00974 | Gage v. National Collegiate Athletic Association |
| 1:19-cv-00975 | Ellis v. National Collegiate Athletic Association |
| 1:19-cv-00976 | McGuirl v. National Collegiate Athletic Association |
| 1:19-cv-00977 | Dupree v. National Collegiate Athletic Association |
| 1:19-cv-00978 | Moon v. National Collegiate Athletic Association |
| 1:19-cv-00979 | Vickers v. National Collegiate Athletic Association |
| 1:19-cv-00980 | Lewis v. National Collegiate Athletic Association |
| 1:19-cv-00981 | Butler v. National Collegiate Athletic Association |
| 1:19-cv-00982 | Seals v. National Collegiate Athletic Association |
| 1:19-cv-00983 | Sawyer v. National Collegiate Athletic Association |
| 1:19-cv-00984 | Ferrara v. National Collegiate Athletic Association |
| 1:19-cv-00985 | Geist v. National Collegiate Athletic Association |
| 1:19-cv-00986 | Porras v. National Collegiate Athletic Association |
| 1:19-cv-00987 | Helu v. National Collegiate Athletic Association |
| 1:19-cv-00989 | Mileto v. National Collegiate Athletic Association |
| 1:19-cv-00990 | Foley v. National Collegiate Athletic Association |
| 1:19-cv-00991 | Jackson v. National Collegiate Athletic Association |

| | |
|---|---|
| 1:19-cv-00993 | Wertz v. National Collegiate Athletic Association |
| 1:19-cv-00994 | Harris v. National Collegiate Athletic Association |
| 1:19-cv-00995 | Oliver v. National Collegiate Athletic Association |
| 1:19-cv-00996 | Martin v. National Collegiate Athletic Association |
| 1:19-cv-00997 | Schroeder v. National Collegiate Athletic Association |
| 1:19-cv-00998 | Brown v. National Collegiate Athletic Association |
| 1:19-cv-00999 | Cuevas v. National Collegiate Athletic Association |
| 1:19-cv-01000 | Medley v. National Collegiate Athletic Association |
| 1:19-cv-01001 | Rickenbach v. National Collegiate Athletic Association |
| 1:19-cv-01002 | Shoenfelt v. National Collegiate Athletic Association |
| 1:19-cv-01004 | Rasmussen v. National Collegiate Athletic Association |
| 1:19-cv-01005 | Lumpkin v. National Collegiate Athletic Association |
| 1:19-cv-01006 | Smith v. National Collegiate Athletic Association |
| 1:19-cv-01007 | King v. National Collegiate Athletic Association |
| 1:19-cv-01008 | Caviggia v. National Collegiate Athletic Association |
| 1:19-cv-01009 | Davis v. National Collegiate Athletic Association |
| 1:19-cv-01010 | Pledger v. National Collegiate Athletic Association |
| 1:19-cv-01011 | Eischens v. National Collegiate Athletic Association |
| 1:19-cv-01012 | Page v. National Collegiate Athletic Association |
| 1:19-cv-01013 | Pfeifer v. National Collegiate Athletic Association |
| 1:19-cv-01014 | Hearn v. National Collegiate Athletic Association |
| 1:19-cv-01015 | Simons v. National Collegiate Athletic Association |
| 1:19-cv-01016 | Van Druten v. National Collegiate Athletic Association |
| 1:19-cv-01017 | Havill v. National Collegiate Athletic Association |
| 1:19-cv-01018 | Booker v. National Collegiate Athletic Association |
| 1:19-cv-01019 | Kives v. National Collegiate Athletic Association |
| 1:19-cv-01020 | Freeman v. National Collegiate Athletic Association |
| 1:19-cv-01022 | Thompson v. National Collegiate Athletic Association |
| 1:19-cv-01023 | Ritenour v. National Collegiate Athletic Association |
| 1:19-cv-01024 | Holloway v. National Collegiate Athletic Association |
| 1:19-cv-01025 | Warner v. National Collegiate Athletic Association |
| 1:19-cv-01026 | Ruo v. National Collegiate Athletic Association |
| 1:19-cv-01027 | Simmons v. National Collegiate Athletic Association, et al |
| 1:19-cv-01028 | Horton v. National Collegiate Athletic Association |
| 1:19-cv-01029 | Hayes v. National Collegiate Athletic Association |
| 1:19-cv-01030 | Hanson v. National Collegiate Athletic Association |
| 1:19-cv-01031 | Blunt v. National Collegiate Athletic Association |
| 1:19-cv-01032 | Whalen v. National Collegiate Athletic Association |
| 1:19-cv-01034 | McGrier v. National Collegiate Athletic Association |
| 1:19-cv-01035 | Mackey v. National Collegiate Athletic Association |
| 1:19-cv-01036 | Charles v. National Collegiate Athletic Association |
| 1:19-cv-01037 | Gholson v. National Collegiate Athletic Association |
| 1:19-cv-01038 | Fletcher v. National Collegiate Athletic Association |
| 1:19-cv-01039 | Caldwell v. National Collegiate Athletic Association |
| 1:19-cv-01040 | Jensen v. National Collegiate Athletic Association |
| 1:19-cv-01041 | Flamish v. National Collegiate Athletic Association |
| 1:19-cv-01042 | Keith v. National Collegiate Athletic Association |
| 1:19-cv-01043 | Wasil v. National Collegiate Athletic Association |
| 1:19-cv-01044 | Brantley v. National Collegiate Athletic Association |
| 1:19-cv-01045 | Moore v. National Collegiate Athletic Association |
| 1:19-cv-01046 | Booker v. National Collegiate Athletic Association |
| 1:19-cv-01047 | Alvarez v. National Collegiate Athletic Association |
| 1:19-cv-01048 | Briggs v. National Collegiate Athletic Association |
| 1:19-cv-01049 | Van Doren v. National Collegiate Athletic Association |
| 1:19-cv-01050 | Tabb v. National Collegiate Athletic Association |

| | |
|---|---|
| 1:19-cv-01051 | Lott v. National Collegiate Athletic Association |
| 1:19-cv-01052 | Kunkle v. National Collegiate Athletic Association |
| 1:19-cv-01053 | Hurst v. National Collegiate Athletic Association |
| 1:19-cv-01054 | Staten v. National Collegiate Athletic Association |
| 1:19-cv-01055 | Chambliss v. National Collegiate Athletic Association |
| 1:19-cv-01057 | Johnson v. National Collegiate Athletic Association |
| 1:19-cv-01058 | Kimbrough v. National Collegiate Athletic Association |
| 1:19-cv-01059 | McKinney v. National Collegiate Athletic Association |
| 1:19-cv-01060 | Perry v. National Collegiate Athletic Association |
| 1:19-cv-01061 | Rizzo v. National Collegiate Athletic Association |
| 1:19-cv-01062 | STROUD v. National Collegiate Athletic Association |
| 1:19-cv-01063 | Ayles v. National Collegiate Athletic Association |
| 1:19-cv-01064 | Koronkiewicz v. National Collegiate Athletic Association |
| 1:19-cv-01065 | Delts v. National Collegiate Athletic Association |
| 1:19-cv-01066 | Owens v. National Collegiate Athletic Association |
| 1:19-cv-01067 | Sunday v. National Collegiate Athletic Association |
| 1:19-cv-01068 | Stowe v. National Collegiate Athletic Association |
| 1:19-cv-01069 | Drake v. National Collegiate Athletic Association |
| 1:19-cv-01070 | Watson v. National Collegiate Athletic Association |
| 1:19-cv-01071 | Hurd v. National Collegiate Athletic Association |
| 1:19-cv-01072 | Alderman v. National Collegiate Athletic Association |
| 1:19-cv-01073 | McCormick v. National Collegiate Athletic Association |
| 1:19-cv-01074 | Newbern v. National Collegiate Athletic Association |
| 1:19-cv-01078 | Scott v. National Collegiate Athletic Association |
| 1:19-cv-01079 | Shadwick v. National Collegiate Athletic Association |
| 1:19-cv-01080 | Phillips v. National Collegiate Athletic Association |
| 1:19-cv-01081 | Brown v. National Collegiate Athletic Association |
| 1:19-cv-01107 | Moor v. National Collegiate Athletic Association |
| 1:19-cv-01108 | Dovale v. National Collegiate Athletic Association |
| 1:19-cv-01109 | Dance v. National Collegiate Athletic Association |
| 1:19-cv-01110 | Clewis, Jr. v. National Collegiate Athletic Association |
| 1:19-cv-01111 | Wilson v. National Collegiate Athletic Association |
| 1:19-cv-01112 | Reedy v. National Collegiate Athletic Association |
| 1:19-cv-01113 | Davis-Moab v. National Collegiate Athletic Association |
| 1:19-cv-01114 | Federico v. National Collegiate Athletic Association |
| 1:19-cv-01115 | Webster v. National Collegiate Athletic Association |
| 1:19-cv-01116 | Benditt v. National Collegiate Athletic Association |
| 1:19-cv-01117 | Megna v. National Collegiate Athletic Association |
| 1:19-cv-01118 | Kunzelman v. National Collegiate Athletic Association |
| 1:19-cv-01120 | Woods v. National Collegiate Athletic Association |
| 1:19-cv-01121 | Wilson v. National Collegiate Athletic Association |
| 1:19-cv-01122 | Davis v. National Collegiate Athletic Association |
| 1:19-cv-01123 | Pierce v. National Collegiate Athletic Association |
| 1:19-cv-01124 | McCall v. National Collegiate Athletic Association |
| 1:19-cv-01125 | Wilson v. National Collegiate Athletic Association |
| 1:19-cv-01126 | Caylor v. National Collegiate Athletic Association |
| 1:19-cv-01127 | Crowe v. National Collegiate Athletic Association |
| 1:19-cv-01128 | Montgomery v. National Collegiate Athletic Association |
| 1:19-cv-01129 | Keck v. National Collegiate Athletic Association |
| 1:19-cv-01130 | Fox v. National Collegiate Athletic Association |
| 1:19-cv-01131 | Lucot v. National Collegiate Athletic Association |
| 1:19-cv-01132 | Chuinard v. National Collegiate Athletic Association |
| 1:19-cv-01133 | Avery v. National Collegiate Athletic Association |
| 1:19-cv-01134 | Merchant v. National Collegiate Athletic Association |
| 1:19-cv-01135 | Hoffman v. National Collegiate Athletic Association |

| | |
|---|---|
| 1:19-cv-01136 | Presley v. National Collegiate Athletic Association et al |
| 1:19-cv-01137 | Hailey v. National Collegiate Athletic Association |
| 1:19-cv-01138 | Abdulrahman v. National Collegiate Athletic Association |
| 1:19-cv-01139 | Campbell v. National Collegiate Athletic Association |
| 1:19-cv-01140 | Drake v. National Collegiate Athletic Association |
| 1:19-cv-01141 | Slack v. National Collegiate Athletic Association |
| 1:19-cv-01142 | Martin v. National Collegiate Athletic Association |
| 1:19-cv-01143 | MacLellan v. National Collegiate Athletic Association |
| 1:19-cv-01144 | Battle v. National Collegiate Athletic Association |
| 1:19-cv-01145 | Robert v. National Collegiate Athletic Association |
| 1:19-cv-01146 | Williams v. National Collegiate Athletic Association |
| 1:19-cv-01147 | Jones v. National Collegiate Athletic Association |
| 1:19-cv-01148 | Kimble v. National Collegiate Athletic Association |
| 1:19-cv-01149 | Johnson v. National Collegiate Athletic Association |
| 1:19-cv-01150 | Randolph v. National Collegiate Athletic Association |
| 1:19-cv-01151 | Wagner v. National Collegiate Athletic Association |
| 1:19-cv-01152 | Fontaine v. National Collegiate Athletic Association |
| 1:19-cv-01154 | Roberts v. National Collegiate Athletic Association |
| 1:19-cv-01155 | Moravec v. National Collegiate Athletic Association |
| 1:19-cv-01156 | Sepanski v. National Collegiate Athletic Association |
| 1:19-cv-01157 | Adams v. National Collegiate Athletic Association |
| 1:19-cv-01158 | Duda v. National Collegiate Athletic Association |
| 1:19-cv-01159 | Purdie v. National Collegiate Athletic Association |
| 1:19-cv-01160 | Schultz v. National Collegiate Athletic Association |
| 1:19-cv-01161 | Elliott v. National Collegiate Athletic Association |
| 1:19-cv-01163 | McMonigle v. National Collegiate Athletic Association |
| 1:19-cv-01164 | Young v. National Collegiate Athletic Association |
| 1:19-cv-01165 | Watts v. National Collegiate Athletic Association |
| 1:19-cv-01166 | Udovich v. National Collegiate Athletic Association |
| 1:19-cv-01167 | Fahy v. National Collegiate Athletic Association |
| 1:19-cv-01168 | Smith v. National Collegiate Athletic Association |
| 1:19-cv-01169 | Lauback v. National Collegiate Athletic Association |
| 1:19-cv-01172 | Doss v. National Collegiate Athletic Association |
| 1:19-cv-01173 | Moore v. National Collegiate Athletic Association |
| 1:19-cv-01174 | Swanson v. National Collegiate Athletic Association |
| 1:19-cv-01175 | Thompson v. National Collegiate Athletic Association |
| 1:19-cv-01176 | Crawford v. National Collegiate Athletic Association |
| 1:19-cv-01177 | Whitehead v. National Collegiate Athletic Association |
| 1:19-cv-01178 | Bradwell v. National Collegiate Athletic Association |
| 1:19-cv-01179 | Kidd v. National Collegiate Athletic Association |
| 1:19-cv-01180 | Markham v. National Collegiate Athletic Association |
| 1:19-cv-01181 | Freeman v. National Collegiate Athletic Association |
| 1:19-cv-01182 | Jarmon v. National Collegiate Athletic Association |
| 1:19-cv-01183 | Garland v. National Collegiate Athletic Association |
| 1:19-cv-01185 | Williamson v. National Collegiate Athletic Association |
| 1:19-cv-01186 | Brown v. National Collegiate Athletic Association |
| 1:19-cv-01187 | Taylor v. National Collegiate Athletic Association |
| 1:19-cv-01188 | McGregor v. National Collegiate Athletic Association |
| 1:19-cv-01189 | Barna v. National Collegiate Athletic Association |
| 1:19-cv-01190 | Rycroft v. National Collegiate Athletic Association |
| 1:19-cv-01191 | Georg v. National Collegiate Athletic Association, et al |
| 1:19-cv-01192 | Thorne v. National Collegiate Athletic Association, et al |
| 1:19-cv-01193 | Randall v. National Collegiate Athletic Association, et al |
| 1:19-cv-01194 | Grizzel v. National Collegiate Athletic Association, et al |
| 1:19-cv-01195 | Clement v. National Collegiate Athletic Association, et al |

| | |
|---|---|
| 1:19-cv-01196 | Rhodes v. National Collegiate Athletic Association, et al |
| 1:19-cv-01197 | Pegross v. National Collegiate Athletic Association, et al |
| 1:19-cv-01198 | Hawkins v. National Collegiate Athletic Association, et al |
| 1:19-cv-01274 | Ashby v. National Collegiate Athletic Association |
| 1:19-cv-01275 | Conn v. National Collegiate Athletic Association |
| 1:19-cv-01881 | Tant v. National Collegiate Athletic Association |
| 1:19-cv-02042 | Strouther v. National Collegiate Athletic Association |
| 1:19-cv-02043 | Pinkney v. National Collegiate Athletic Association |
| 1:19-cv-02044 | Milburn v. National Collegiate Athletic Association |
| 1:19-cv-02045 | Taylor v. National Collegiate Athletic Association |
| 1:19-cv-02046 | Kerns v. National Collegiate Athletic Association |
| 1:19-cv-02047 | Drake v. National Collegiate Athletic Association |
| 1:19-cv-02050 | Sweed v. National Collegiate Athletic Association |
| 1:19-cv-02051 | Schmitz v. National Collegiate Athletic Association, et al |
| 1:19-cv-02052 | Johnson v. National Collegiate Athletic Association |
| 1:19-cv-02054 | Curry v. National Collegiate Athletic Association, et al |
| 1:19-cv-02055 | Escoffery v. National Collegiate Athletic Association, et al |
| 1:19-cv-02056 | Williams v. National Collegiate Athletic Association |
| 1:19-cv-02057 | Helminiak v. National Collegiate Athletic Association |
| 1:19-cv-02059 | Brown v. National Collegiate Athletic Association |
| 1:19-cv-02061 | Feldman v. National Collegiate Athletic Association |
| 1:19-cv-02063 | Graham v. National Collegiate Athletic Association |
| 1:19-cv-02064 | Stewart v. National Collegiate Athletic Association |
| 1:19-cv-02065 | Busbee v. National Collegiate Athletic Association |
| 1:19-cv-02076 | Harley v. National Collegiate Athletic Association |
| 1:19-cv-02077 | Murray v. National Collegiate Athletic Association |
| 1:19-cv-02078 | Porcelli v. National Collegiate Athletic Association |
| 1:19-cv-02079 | Kloes v. National Collegiate Athletic Association et al |
| 1:19-cv-02080 | Aldrich v. National Collegiate Athletic Association et al |
| 1:19-cv-02081 | Graham v. National Collegiate Athletic Association |
| 1:19-cv-02082 | Jefferson v. National Collegiate Athletic Association |
| 1:19-cv-02083 | Solomon-Jett v. National Collegiate Athletic Association |
| 1:19-cv-02084 | Jones v. National Collegiate Athletic Association |
| 1:19-cv-02085 | Jones v. National Collegiate Athletic Association |
| 1:19-cv-02086 | Talley v. National Collegiate Athletic Association et al |
| 1:19-cv-02087 | Rodgers v. National Collegiate Athletic Association |
| 1:19-cv-02088 | Leammon v. National Collegiate Athletic Association |
| 1:19-cv-02089 | Garay v. National Collegiate Athletic Association |
| 1:19-cv-02090 | Glaud v. National Collegiate Athletic Association |
| 1:19-cv-02091 | Atkins v. National Collegiate Athletic Association |
| 1:19-cv-02092 | Johnson v. National Collegiate Athletic Association |
| 1:19-cv-02093 | Ashley v. National Collegiate Athletic Association |
| 1:19-cv-02094 | Gray v. National Collegiate Athletic Association et al |
| 1:19-cv-02095 | Pacchioni v. National Collegiate Athletic Association et al |
| 1:19-cv-02096 | Lett v. National Collegiate Athletic Association |
| 1:19-cv-02097 | Council v. National Collegiate Athletic Association et al |
| 1:19-cv-02098 | Divalentino v. National Collegiate Athletic Association |
| 1:19-cv-02099 | Phipps v. National Collegiate Athletic Association et al |
| 1:19-cv-02100 | Niemi v. National Collegiate Athletic Association |
| 1:19-cv-02101 | Carney v. National Collegiate Athletic Association |
| 1:19-cv-02102 | Schultz v. National Collegiate Athletic Association et al |
| 1:19-cv-02103 | Flasher v. National Collegiate Athletic Association |
| 1:19-cv-02104 | Akinbiyi v. National Collegiate Athletic Association et al |
| 1:19-cv-02105 | Jones v. National Collegiate Athletic Association |
| 1:19-cv-03623 | Kelley v. National Collegiate Athletic Association |

| | |
|---|---|
| 1:19-cv-03624 | Miolen v. National Collegiate Athletic Association |
| 1:19-cv-03625 | Boose v. National Collegiate Athletic Association |
| 1:19-cv-03626 | Hastedt v. National Collegiate Athletic Association |
| 1:19-cv-03627 | Strickland v. National Collegiate Athletic Association et al |
| 1:19-cv-03628 | Chipps v. National Collegiate Athletic Association |
| 1:19-cv-03630 | Tevis v. National Collegiate Athletic Association |
| 1:19-cv-03631 | Lee v. National Collegiate Athletic Association |
| 1:19-cv-03632 | Hodges v. National Collegiate Athletic Association |
| 1:19-cv-03633 | Banks v. National Collegiate Athletic Association |
| 1:19-cv-03634 | Gillus v. National Collegiate Athletic Association |
| 1:19-cv-03635 | Proebstle v. National Collegiate Athletic Association |
| 1:19-cv-05124 | Ruiz v. National Collegiate Athletic Association |
| 1:19-cv-05125 | Belcha v. National Collegiate Athletic Association |
| 1:19-cv-05126 | Kubik v. National Collegiate Athletic Association |
| 1:19-cv-05127 | Scott v. National Collegiate Athletic Association |
| 1:19-cv-05128 | Grant v. National Collegiate Athletic Association |
| 1:19-cv-05129 | Simmons v. National Collegiate Athletic Association |
| 1:19-cv-05130 | Jones v. National Collegiate Athletic Association |
| 1:19-cv-05131 | Goins v. National Collegiate Athletic Association |
| 1:19-cv-05132 | Adams v. National Collegiate Athletic Association |
| 1:19-cv-05133 | Hutcherson v. National Collegiate Athletic Association |
| 1:19-cv-07330 | Zachery v. National Collegiate Athletic Association |
| 1:19-cv-07331 | Vincent v. National Collegiate Athletic Association |
| 1:19-cv-07333 | Bates v. National Collegiate Athletic Association |
| 1:19-cv-07334 | Gaddis v. National Collegiate Athletic Association |
| 1:19-cv-07335 | Hill v. National Collegiate Athletic Association |
| 1:19-cv-07336 | Johnson v. National Collegiate Athletic Association |
| 1:19-cv-07337 | Wakely v. National Collegiate Athletic Association |
| 1:19-cv-07338 | Jones v. National Collegiate Athletic Association |
| 1:19-cv-07340 | Leiss v. National Collegiate Athletic Association |
| 1:19-cv-07341 | Oubre, III v. The National Collegiate Athletic Association |
| 1:19-cv-07342 | Rangel v. National Collegiate Athletic Association |
| 1:19-cv-07343 | Noiel v. National Collegiate Athletic Association |
| 1:19-cv-07344 | Rembert v. National Collegiate Athletic Association |
| 1:19-cv-07345 | Deptula v. National Collegiate Athletic Association |
| 1:19-cv-07346 | Redd v. National Collegiate Athletic Association |
| 1:19-cv-07347 | Springer v. National Collegiate Athletic Association |
| 1:19-cv-07348 | Rhodes v. National Collegiate Athletic Association |
| 1:19-cv-07349 | Dimmack v. National Collegiate Athletic Association |
| 1:19-cv-07350 | Rice v. National Collegiate Athletic Association |
| 1:19-cv-07351 | Amell v. National Collegiate Athletic Association |
| 1:19-cv-07352 | Saytumah v. National Collegiate Athletic Association |
| 1:19-cv-07353 | Alexander v. National Collegiate Athletic Association |
| 1:19-cv-07354 | Sevald v. National Collegiate Athletic Association |
| 1:19-cv-07356 | Reid v. National Collegiate Athletic Association |
| 1:19-cv-07357 | Walker v. National Collegiate Athletic Association |
| 1:19-cv-07358 | Justice v. National Collegiate Athletic Association |
| 1:19-cv-07359 | Kosminskas v. National Collegiate Athletic Association |
| 1:20-cv-00021 | WASHINGTON v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 1:20-cv-00030 | MANNING v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 1:20-cv-00032 | Fouts v. National Collegiate Athletic Association |
| 1:20-cv-00035 | Cole v. National Collegiate Athletic Association |
| 1:20-cv-00037 | Howe v. National Collegiate Athletic Association |
| 1:20-cv-00038 | Williams v. National Collegiate Athletic Association |
| 1:20-cv-00039 | Williams v. National Collegiate Athletic Association |

| | |
|---|---|
| 1:20-cv-00040 | Labiak v. National Collegiate Athletic Association |
| 1:20-cv-00041 | Hart v. National Collegiate Athletic Association |
| 1:20-cv-00042 | FITZGERALD v. National Collegiate Athletic Association |
| 1:20-cv-00043 | Taylor v. National Collegiate Athletic Association |
| 1:20-cv-00045 | BAUGUS v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 1:20-cv-00046 | BUTTS v. National Collegiate Athletic Association |
| 1:20-cv-00047 | Adeyemi v. National Collegiate Athletic Association et al |
| 1:20-cv-00049 | Patrick v. National Collegiate Athletic Association et al |
| 1:20-cv-00050 | Bundy v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 1:20-cv-00052 | STALLWORTH v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 1:20-cv-00053 | Lyon v. National Collegiate Athletic Association |
| 1:20-cv-00054 | RUCKER v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 1:20-cv-00055 | AVERY v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 1:20-cv-01285 | Patterson v. National Collegiate Athletic Association, et al |
| 1:20-cv-01287 | Andrews v. National Collegiate Athletic Association |
| 1:20-cv-01288 | KOPP v. National Collegiate Athletic Association, et al |
| 1:20-cv-01290 | Barrow v. National Collegiate Athletic Association |
| 1:20-cv-01291 | Bradford v. National Collegiate Athletic Association, et al |
| 1:20-cv-01292 | Humphrey v. National Collegiate Athletic Association |
| 1:20-cv-01294 | Farnell v. National Collegiate Athletic Association, et al |
| 1:20-cv-01295 | Forte v. National Collegiate Athletic Association |
| 1:20-cv-01297 | Hall v. National Collegiate Athletic Association, et al |
| 1:20-cv-01298 | Dworek v. National Collegiate Athletic Association |
| 1:20-cv-01299 | Kolak v. National Collegiate Athletic Association, et al |
| 1:20-cv-01300 | Patterson v. National Collegiate Athletic Association, et al |
| 1:20-cv-01302 | Quinney v. National Collegiate Athletic Association, et al |
| 1:20-cv-01304 | Abare v. National Collegiate Athletic Association |
| 1:20-cv-01306 | Hartford v. National Collegiate Athletic Association, et al |
| 1:20-cv-01307 | Pope v. National Collegiate Athletic Association |
| 1:20-cv-01308 | Gill v. National Collegiate Athletic Association |
| 1:20-cv-01309 | Luke v. National Collegiate Athletic Association, et al |
| 1:20-cv-02083 | Rothmund v. National Collegiate Athletic Association |
| 1:20-cv-02318 | Mack v. National Collegiate Athletic Association |
| 1:20-cv-02319 | Baker v. National Collegiate Athletic Association |
| 1:20-cv-02834 | Hestera v. National Collegiate Athletic Association |
| 1:20-cv-02835 | Strawbridge v. National Collegiate Athletic Association |
| 1:20-cv-04560 | Franklin v. National Collegiate Athletic Association |
| 1:20-cv-04561 | Manning v. National Collegiate Athletic Association |
| 1:20-cv-05545 | FREEMAN v. National Collegiate Athletic Association |
| 1:20-cv-05546 | Holmes v. National Collegiate Athletic Association |
| 1:20-cv-05547 | Hawkins v. National Collegiate Athletic Association |
| 1:20-cv-05548 | Stone v. National Collegiate Athletic Association |
| 1:20-cv-05550 | James v. National Collegiate Athletic Association |
| 1:20-cv-05551 | Wiljanen v. National Collegiate Athletic Association |
| 1:20-cv-05552 | Gill v. National Collegiate Athletic Association |
| 1:20-cv-05553 | Thomas v. National Collegiate Athletic Association |
| 1:20-cv-05555 | Bernard v. National Collegiate Athletic Association |
| 1:20-cv-05556 | Kilgore v. National Collegiate Athletic Association |
| 1:20-cv-05557 | Abercrombie v. National Collegiate Athletic Association |
| 1:20-cv-05558 | Robinson v. National Collegiate Athletic Association |
| 1:20-cv-05559 | Ori v. National Collegiate Athletic Association |
| 1:20-cv-05560 | Sterling v. National Collegiate Athletic Association |
| 1:20-cv-05563 | Gallardo v. National Collegiate Athletic Association |
| 1:20-cv-05564 | Byrd v. National Collegiate Athletic Association |
| 1:20-cv-05565 | Miroth v. National Collegiate Athletic Association |

| | |
|---|---|
| 1:20-cv-05566 | Harris v. National Collegiate Athletic Association |
| 1:20-cv-05568 | Bloom v. National Collegiate Athletic Association |
| 1:20-cv-05570 | Watson v. National Collegiate Athletic Association |
| 1:20-cv-05571 | Mayer v. National Collegiate Athletic Association |
| 1:20-cv-05572 | Taylor v. National Collegiate Athletic Association |
| 1:20-cv-05573 | Glover v. National Collegiate Athletic Association |
| 1:20-cv-05585 | Anderson v. National Collegiate Athletic Association |
| 1:20-cv-05586 | Reaves v. National Collegiate Athletic Association |
| 1:20-cv-05587 | MacAulay v. National Collegiate Athletic Association |
| 1:20-cv-05588 | McCurdy v. National Collegiate Athletic Association |
| 1:20-cv-05594 | HATCH v. National Collegiate Athletic Association |
| 1:20-cv-05595 | Key v. National Collegiate Athletic Association |
| 1:20-cv-05596 | Miller-Hobbs v. National Collegiate Athletic Association |
| 1:20-cv-05597 | McKnight v. National Collegiate Athletic Association |
| 1:20-cv-05861 | Walden v. National Collegiate Athletic Association |
| 1:20-cv-06144 | McClintock v. National Collegiate Athletic Association |
| 1:20-cv-06981 | Lineburg v. National Collegiate Athletic Association |
| 1:21-cv-01969 | Richardson v. Southeastern Conference |
| 1:21-cv-02047 | Meyer v. National Collegiate Athletic Association |
| 1:21-cv-02048 | Stensrud v. National Collegiate Athletic Association |
| 1:21-cv-02049 | Mackenzie-Schmidt v. National Collegiate Athletic Association |
| 1:21-cv-02050 | Canale v. National Collegiate Athletic Association |
| 1:21-cv-02769 | Goode v. National Collegiate Athletic Association |
| 1:21-cv-02771 | Thomassey v. National Collegiate Athletic Association |
| 1:21-cv-02944 | Geerlings v. National Collegiate Athletic Assication |
| 1:21-cv-03205 | Rozgony v. National Collegiate Athletic Association |
| 1:21-cv-03206 | Taylor v. National Collegiate Athletic Association |
| 1:21-cv-03207 | Romashko v. National Collegiate Athletic Association |
| 1:21-cv-03208 | Kirkwood v. National Collegiate Athletic Association |
| 1:21-cv-03209 | Reis v. National Collegiate Athletic Association |
| 1:21-cv-03210 | Flores v. National Collegiate Athletic Association |
| 1:21-cv-03306 | Butler v. National Collegiate Athletic Association |
| 1:21-cv-03307 | Holland v. National Collegiate Athletic Association |
| 1:21-cv-03308 | HENDERSON v. National Collegiate Athletic Association |
| 1:21-cv-03309 | Racanelli v. National Collegiate Athletic Association |
| 1:21-cv-03310 | Baker v. National Collegiate Athletic Association |
| 1:21-cv-03366 | Walker v. National Collegiate Athletic Association |
| 1:21-cv-03367 | Ede v. National Collegiate Athletic Association |
| 1:21-cv-03408 | Penson v. National Collegiate Athletic Association |
| 1:21-cv-03409 | Wolff v. National Collegiate Athletic Association |
| 1:21-cv-03411 | Testani v. National Collegiate Athletic Association |
| 1:21-cv-03733 | Dunlap v. National Collegiate Athletic Association |
| 1:21-cv-03734 | Tinglehoff v. National Collegiate Athletic Association |
| 1:21-cv-03735 | Harris v. National Collegiate Athletic Association |
| 1:21-cv-03736 | Parrish v. National Collegiate Athletic Association |
| 1:21-cv-03737 | Jones v. National Collegiate Athletic Association |
| 1:21-cv-03738 | Diskint v. National Collegiate Athletic Association |
| 1:21-cv-03740 | Taylor v. National Collegiate Athletic Association |
| 1:21-cv-03741 | Bowman v. National Collegiate Athletic Association |
| 1:21-cv-03742 | Holland v. National Collegiate Athletic Association |
| 1:21-cv-03744 | Beard v. National Collegiate Athletic Association |
| 1:21-cv-03746 | Morowitz v. National Collegiate Athletic Association |
| 1:21-cv-03747 | Smith v. National Collegiate Athletic Association |
| 1:21-cv-03748 | Sparksman v. National Collegiate Athletic Association |
| 1:21-cv-04237 | Gee v. National Collegiate Athletic Association |

| | |
|---|---|
| 1:21-cv-04239 | Meyers v. National Collegiate Athletic Association |
| 1:21-cv-04240 | Townsend v. National Collegiate Athletic Association |
| 1:21-cv-04242 | Sorenson v. National Collegiate Athletic Association |
| 1:21-cv-04243 | Smith v. National Collegiate Athletic Association |
| 1:21-cv-04244 | Cupal v. National Collegiate Athletic Association |
| 1:21-cv-04246 | Harris v. National Collegiate Athletic Association |
| 1:21-cv-04247 | Weed v. National Collegiate Athletic Association |
| 1:21-cv-04248 | Thomas v. National Collegiate Athletic Association |
| 1:21-cv-04421 | Facchine v. National Collegiate Athletic Association |
| 1:21-cv-04559 | Girard v. National Collegiate Athletic Association |
| 1:21-cv-04560 | Weldon v. National Collegiate Athletic Association |
| 1:21-cv-04561 | Ferguson v. National Collegiate Athletic Association |
| 1:21-cv-04562 | MIMMS v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 1:21-cv-04563 | MITCHELL v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 1:21-cv-04564 | BRYSON v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 1:21-cv-04941 | Morrison v. National Collegiate Athletic Association |
| 1:21-cv-04943 | Shankle v. National Collegiate Athletic Association |
| 1:21-cv-04944 | Thompson, Jr. v. National Collegiate Athletic Association |
| 1:21-cv-05806 | Delaney v. National Collegiate Athletic Association |
| 1:21-cv-06104 | Patelis v. National Collegiate Athletic Association |
| 1:21-cv-06305 | Davis v. National Collegiate Athletic Association |